UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

CIVIL ACTION NO. 4:21-cv-40095

| | |
|---|---|
| JOSEPH E. VANCELETTE,<br>    Plaintiff | )<br>)<br>) |
| vs. | )<br>) |
| TOWN OF WEBSTER,<br>OFFICER PATRICK PERRY,<br>OFFICER MICHAEL R. REARDON,<br>JONATHAN BROOKS, JOSEPH REED,<br>ROBERT LAROCHELLE, JAMES HOOVER,<br>AND FORMER CHIEF TIMOTHY BENT<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to the above-captioned action, pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate that Plaintiff's Complaint and Jury Demand be dismissed, with prejudice, as to any and all claims, each party to bear its own costs, fees, and attorney's fees. The parties also waive all rights of appeal.

Respectfully submitted,

| PLAINTIFF,<br>JOSEPH A. VANCELETTE | DEFENDANTS,<br>TOWN OF WEBSTER, OFFICER PATRICK PERRY, OFFICER MICHAEL R. REARDON, JONATHAN BROOKS, JOSEPH REED, ROBERT LAROCHELLE, JAMES HOOVER AND FORMER CHIEF TIMOTHY BENT |
|---|---|
| By /s/ *Hector E. Pineiro*<br>Robert A. Scott, Esq., BBO #648740<br>Hector E. Pineiro, Esq., BBO #555315<br>Law Office of Hector E. Pineiro, PC<br>807 Main Street<br>Worcester, Massachusetts 01610<br>Phone (508) 770-0600<br>hector@pineirolegal.com | By /s/ *Nancy Frankel Pelletier*<br>Nancy Frankel Pelletier, Esq. BBO# 544402<br>E-mail: npelletier@robinsondonovan.com<br>Robinson Donovan, P.C.<br>1500 Main Street, Suite 2300<br>Springfield, MA 01115<br>Phone (413)732-2301 |

658077

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants** on this 19th day of December, 2022.

                                                  */s/ Nancy Frankel Pelletier*
                                                  Nancy Frankel Pelletier, Esq.

658077